FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 15 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

TERRY M. NUCKOLLS,                    )
                                      )
        Plaintiff,                    )
                                      )
    vs.                               )        Case No. 1·10·CV·0056 JMM
                                      )
JAY JEFFREY, M.D.; SURGERY            )
SPECIALTIES CLINIC, P.A.;             )
WHITE RIVER MEDICAL CENTER; and       )        This case assigned to District Judge _Moody_
CONTINENTAL CASUALTY COMPANY,         )        and to Magistrate Judge _Cavaneau_
                                      )
        Defendants.                   )

## COMPLAINT

COMES NOW Plaintiff, Terry M. Nuckolls, and for his medical negligence Complaint against Defendants, Jay Jeffrey, M.D., White River Medical Center and Continental Casualty Company, states:

### PARTIES

1.      Plaintiff Terry M. Nuckolls, is an adult residence citizen of De Soto, Missouri, with an address of 613 Jefferson Street, De Soto, Missouri 63020.

2.      Defendant Jay Jeffrey, M.D., is a licensed physician practicing medicine in the State of Arkansas and was, at all times herein, practicing in Independence County, Arkansas, and is an adult resident citizen of the State of Arkansas, who can be served process at 501 Virginia Dr., Batesville, Arkansas 72501.

3.      Defendant White River Medical Center is an Arkansas corporation with its principal place of business in Batesville, Independence County, Arkansas, and is a medical facility.  It can be served with process through its registered agent, J.W. Coller, 1710 Harrison, Batesville, Arkansas 72501.  Said Defendant is organized as a non-profit

1

corporation under Arkansas law. In the event that Defendant White River Medical Center claims charitable immunity, then Defendant Continental Casualty Company is the proper party Defendant pursuant to Arkansas' direct action statute as Defendant Continental Casualty Company is the liability insurance carrier for Defendant White River Medical Center. Defendant White River Medical Center, or alternately Continental Casualty Company, is liable for any negligence on the part of agents/employees of White River Medical Center as set forth herein.

4.     Defendant Continental Casualty Company is an Illinois company which maintains its principal place of business at 125 South Wacker Driver, Chicago, Illinois, and may be served with process through its registered agent, The Corporation Company, 124 West Capitol Ave., Suite 1900, Little Rock, Arkansas 72201-3726.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332, as the Plaintiff is from a different state from all Defendants and the matter in controversy exceeds $75,000.00, exclusive of interests and costs.

6.     Venue of this action is proper in that the United States District Court for the Eastern District of Arkansas, Northern Division, pursuant to 28 U.S.C. §1391(a).

## FACTS

7.     On or about July 15, 2008, under the care and treatment of Defendant Dr. Jeffrey, Plaintiff was admitted to the hospital of Defendant White River Medical Center, in Batesville, Independence County, Arkansas. By and through its agents, servants and/or other employees, Defendant White River Medical Center, under the supervision of Defendant Dr. Jeffrey, prepped Plaintiff for surgery and placed Plaintiff under anesthesia;

2

Defendant Dr. Jeffrey performed a colonoscopy.

8.      Shortly following the colonoscopy, Plaintiff began to experience post-operative complications including, but not limited to, narcotic withdrawal. During Plaintiff's post-operative complications, Plaintiff was under the care of and treated by Dr. Jeffrey and by the nurses and other employees and agents of Defendant White River Medical Center. Defendant Dr. Jeffrey prescribed various medicine and drugs and other treatment for the post-operative complications including, but not limited to, prescribing Narcan, the brand name for naloxone.

9.      At the time of Plaintiff's care and treatment by Defendant Dr. Jeffrey and at the time of his admission to Defendant White River Medical Center, and at all times relevant herein, Dr. Jeffrey and Defendant White River Medical Center, through its employees, agents and/or servants knew or should have known that Plaintiff suffered from hypertension, diabetes, and had for several years taken substantial doses of Methadone for pain control.

10.     During his post-operative treatment, and following the administration of drugs, including Narcan (naloxone) for post-operative complications, Plaintiff suffered acute narcotic withdrawal syndrome and a large amount of intracranial hemorrhage, resulting in permanent, painful and debilitating injuries.

## COUNT I – MEDICAL NEGLIGENCE OF DEFENDANT DR. JEFFREY

12.     Plaintiff incorporates by reference as if fully set forth herein each and every allegation in the proceeding paragraphs of this Complaint.

13.     Defendant Dr. Jeffrey owed Plaintiff the duty to provide the standard of care, skill, diligence and learning ordinarily possessed and used by member of the

medical profession in good standing, engaged in the same type of specialty in the locality in which Dr. Jeffrey practiced at the time of the surgery or in a similar locality.

14.   Defendant Dr. Jeffrey breached his duty to Plaintiff and was negligent, to-wit:

(a)  Defendant failed to properly evaluate Plaintiff's history and health condition in deciding to perform a colonoscopy on Plaintiff;

(b)  Defendant  proceeded improperly and carelessly with a colonoscopy in light of Plaintiff's medical history and condition;

(c)  Defendant failed to administer the appropriate type and dosage of anesthesia during the performance of the colonoscopy;

(d)  Defendant failed to use the required care in his post-operative management of Plaintiff including, but not limited to, the inappropriate administration of Narcan (naloxone) with knowledge of Plaintiff's medical history and condition and use of methadone;

(e)  Defendant failed to timely and appropriately implement and insure compliance with post-operative measures;

(f)  Defendant failed to timely diagnose and treat Plaintiff's post-operative complications; and

(g)  Defendant improperly prescribed and administered Narcan (naloxone) to Plaintiff during post-operative complications.

15.   As a direct and proximate of result of the negligence set forth herein of Defendant Dr. Jeffrey, Plaintiff sustained acute narcotic withdrawal and intracranial hemorrhage, and suffered other damages set forth below.

4

## COUNT II – MEDICAL NEGLIGENCE/VICARIOUS LIABILITY/DFENDANT WHITE RIVER MEDICAL CENTER and CONTINENTAL CASUALTY COMPANY

16.     Plaintiff incorporates by reference as if fully set forth herein each and every allegation in the proceeding paragraphs of this Complaint.

17.     Defendant White River Medical Center is vicariously liable for the acts and omissions and negligence of its employees, agents and/or servants on the basis of *respondeat superior*.

18.     Defendant White River Medical Center had a duty to provide adequate, appropriate and reasonable care in providing care and services to patients such as Plaintiff.

19.     Defendant White River Medical Center, by and through its employees, agents and/or servants breached its duty of care to Plaintiff and was negligent, to-wit:

(a)  Defendant failed to properly evaluate and assess Plaintiff for a colonoscopy;

(b)  Defendant performed a colonoscopy when it was too risky in light of Plaintiff's medical history and condition;

(c)  Defendant failed to administer the appropriate type and dose of anesthesia to Plaintiff for the colonoscopy in light of Plaintiff's medical history, condition and needs, and in light of Plaintiff's history of methadone use;

(d)  Defendant failed to properly monitor Plaintiff during post-surgery recovery;

(e)  Defendant failed to properly assess and evaluate Plaintiff's post-

5

operative condition and provide appropriate medications and drugs and other treatment;

(f)  Defendant failed to properly provide post-operative care to Plaintiff including, but not limited to, the inappropriate administration of Narcan (naloxone) with knowledge of Plaintiff's medical history and condition and use of methadone;

(g) Defendant failed to properly implement and insure compliance with post-operative measures.

20.    As a direct and proximate of result of the negligence set forth herein of Defendant White River Medical Center, Plaintiff sustained acute narcotic withdrawal and intracranial hemorrhage, and suffered other damages set forth below.

21.    Plaintiff maintains a direct action against Continental Casualty Company pursuant to Arkansas Code Ann.§23-79-210 (a)(1) for vicarious liability of their insured, Defendant White River Medical Center.

## DAMAGES

22.    Plaintiff incorporates by reference as if fully set forth herein each and every allegation in the proceeding paragraphs of this Complaint.

23.    As a direct and proximate result of the medical negligence referred to herein, Plaintiff sustained the following damages: medical expenses for necessary drugs, therapy and for medical, surgical, nursing, x-rays, and other health and rehabilitative services, and suffers and continues to suffer pain, mental anguish, inconvenience, physical impairment and loss of a capacity to enjoy life; it is reasonably certain that Plaintiff also will sustain damages in the future for necessary medical expenses, drugs,

therapy and medical, surgical, nursing, x-rays and other health and rehabilitative services, as well as continued pain and suffering, mental anguish, inconvenience, physical impairment, and loss of capacity to enjoy life.

25.     Plaintiff asserts a claim for judgment for compensatory damages for the damages set forth herein and for all other damages under Arkansas and Federal law, and for which the Plaintiff may be entitled.

## JURY TRIAL DEMAND

26.     Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff Terry M. Nuckolls prays this Court enter judgment against Defendants, Jay Jeffrey, M.D., White River Medical Center and Continental Casualty Company, and award to Plaintiff damages calculated to fully compensate Plaintiff for his injuries, damages, losses and costs in bringing this action, in addition to any other relief the Court determines should be awarded to Plaintiff.

DANIEL, POWELL, WESLEY & BREWER, L.L.C.

By:    _____

Gary B. Brewer, Missouri Bar #33159
P.O. Box 9405
Springfield, MO  65801-9405
(417) 864-4500
(417) 864-4520 - Fax
ATTORNEYS FOR PLAINTIFF