IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRY M. NUCKOLLS**                                                                                  **PLAINTIFF**

VS.                                         NO. 1:10CV00056

**JAY JEFFREY, M.D.; SURGERY
SPECIALTIES CLINIC, P.A.;
WHITE RIVER MEDICAL CENTER; and
CONTINENTAL CASUALTY COMPANY**                                  **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for voluntary dismissal without prejudice. (Docket #21).

For good cause shown, the motion is GRANTED. Plaintiff's complaint is hereby dismissed without prejudice. All pending motions are moot. The Clerk is directed to close the case.

IT IS SO ORDERED this 19th day of October, 2011.

*James M. Moody*
James M. Moody
United States District Judge